September 30, 1983.

466 A.2d 726

Ansell, Appellant v. Ansell.

Argued May 11, 1983. John F. Goryl, for appellant; Roger M. Simon, for appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Order affirmed.